UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
(JM5998)

**Order Filed on August 6, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kenneth Fox,

Debtor

Case No. 19-18105/JNP

Hearing date: August 6, 2019

Judge: Jerrold N. Poslusny, Jr.

### ORDER EXTENDING TIME PERIOD BY WHICH
### CHAPTER 7 TRUSTEE AND/OR UNITED STATES TRUSTEE
### COULD FILE A COMPLAINT OBJECTING TO DISCHARGE OF DEBTORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 6, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor(s):    Kenneth Fox.
Case No:      19-18105/JNP

---

    Upon consideration of the motion/application filed by Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee, for an Order Extending the Time Period by which the Trustee could file a Complaint Objecting to Discharge of Debtor(s), and on notice to All Parties in Interest/Notice(s) of Appearance, and good cause appearing therefore, it is hereby

    **ORDERED THAT** the time period by which the Trustee or U.S. Trustee may file an Objection to Discharge, has been extended from that set by the Court, to December 30, 2019