UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
(JM5998)

Order Filed on August 6, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth Fox,

Debtor

Case No. 19-18105/JNP

Hearing date: August 6, 2019

Judge: Jerrold N. Poslusny, Jr.

### ORDER EXTENDING TIME PERIOD BY WHICH
### CHAPTER 7 TRUSTEE AND/OR UNITED STATES TRUSTEE
### COULD FILE A COMPLAINT OBJECTING TO DISCHARGE OF DEBTORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 6, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor(s): Kenneth Fox.
Case No: 19-18105/JNP

---

Upon consideration of the motion/application filed by Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee, for an Order Extending the Time Period by which the Trustee could file a Complaint Objecting to Discharge of Debtor(s), and on notice to All Parties in Interest/Notice(s) of Appearance, and good cause appearing therefore, it is hereby

**ORDERED THAT** the time period by which the Trustee or U.S. Trustee may file an Objection to Discharge, has been extended from that set by the Court, to December 30, 2019

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth Fox  
      Debtor

Case No. 19-18105-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 06, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.  
db           +Kenneth Fox,   955 Willow Grove Road,   Elmer, NJ 08318-4514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC  
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.axosfs.com  
       Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC  
        kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                      TOTAL: 4