Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−18105−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth Fox
   955 Willow Grove Road
   Elmer, NJ 08318

Social Security No.:
   xxx−xx−6535

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Joseph Marchand.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐    The corporate debtor is self−represented.

   ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Jerrold N. Poslusny Jr. on,

Date: 9/24/19
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: August 30, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth Fox  
    Debtor

Case No. 19-18105-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Aug 30, 2019  
                       Form ID: 170      Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2019.

```
db             +Kenneth Fox,    955 Willow Grove Road,    Elmer, NJ 08318-4514
518196227     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,   Attn: Bankruptcy Department,   PO Box 982238,
                El Paso, TX 79998-2238)
518196226      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518196231      +Chase Card Services,    Attn: Bankruptcy Dept,    PO Box 15298,    Wilmington, DE 19850-5298
518196232      +Convergent Outsourcing, Inc.,    Attn: Bankruptcy Dept,    PO Box 9004,    Renton, WA 98057-9004
518196234      +Ellen T. Kanar,    955 Willow Grove Road,    Pittsgrove, NJ 08318-4514
518196235      +Financial Recoveries,    Attn: Bankruptcy Dept,    200 East Park Dr  Ste 100,
                Mount Lurel, NJ 08054-1297
518357123      +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518196238      +PMAB, LLC,    PO Box 12150,    Charlotte, NC 28220-2150
518196239      +PNC Mortgage,    Attn: Bankruptcy Dept,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518196240       Pressler, Felt & Warshaw, L.L.P.,    7 Entin Road,    Parsippany, NJ 07054-5020
518196241      +Rubin & Rothman LLC,    1787 Veterans Hwy, Ste 32,    PO Box 9003,    Islandia, NY 11749-9003
518196242      +S.J. Health Syst Emergency Physicians PA,    501 Front Street,    Elmer, NJ 08318-2101
518196243       Selip & Stylianou, LLP,   Re: G1712159,    PO Box 914,    Paramus, NJ 07653-0914
518196244      +Selip & Stylianou, LLP,   Re: G1712159,    10 Forest Ave.,    Paramus, NJ 07652-5238
518196245      +South Jersey Radiology Associates,    1307 White Horse Road,    Suite A-102,
                Voorhees, NJ 08043-2100
518196246      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2019 23:43:46    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2019 23:43:42    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518196229      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2019 23:38:15    Capital One,
                PO Box 30281,    Salt Lake City, UT 84130-0281
518196228      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2019 23:38:15    Capital One,
                Attn: Bankruptcy Dept,    PO Box 30285,    Salt Lake City, UT 84130-0285
518196230       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2019 23:36:59
                Capital One National Assoc,    Attn: Bankruptcy Department,    1680 Capital One Drive,
                Mc Lean, VA 22102-3407
518196233      +E-mail/Text: Bankruptcy.Consumer@dish.com Aug 30 2019 23:43:41    DISH Network LLC,
                Attn Bankruptcy Department,    9601 S Meridian Blvd.,    Englewood, CO 80112-5905
518196236      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2019 23:37:48
                LVNV Funding/Resurgent Capital,    Attn: Bankruptcy Dept,    PO Box 10497,
                Greenville, SC 29603-0497
518196237      +E-mail/PDF: bankruptcy@ncfsi.com Aug 30 2019 23:37:45    New Century Financial Services, Inc.,
                Eric Sombers, President,    110 South Jefferson Road,    Whippany, NJ 07981-1038
518198099      +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2019 00:02:39    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518196247      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:38:10    Synchrony Bank/Care Credit,
                Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
518196248      +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:37:34    Synchrony Bank/Walmart,
                Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
518196249      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 30 2019 23:39:47
                Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Drive, Ste 550,
                Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 12
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Aug 30, 2019
                              Form ID: 170             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4
```