Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–18105–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kenneth Fox
955 Willow Grove Road
Elmer, NJ 08318

Social Security No.:
xxx–xx–6535

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/25/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 25, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-18105-JNP
Kenneth Fox                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 25, 2019
                              Form ID: 148             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2019.
```
db             +Kenneth Fox,    955 Willow Grove Road,    Elmer, NJ 08318-4514
518196226      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518196234      +Ellen T. Kanar,    955 Willow Grove Road,    Pittsgrove, NJ 08318-4514
518196235      +Financial Recoveries,    Attn: Bankruptcy Dept,    200 East Park Dr  Ste 100,
                 Mount Lurel, NJ 08054-1297
518357123      +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518196238      +PMAB, LLC,    PO Box 12150,    Charlotte, NC 28220-2150
518196239      +PNC Mortgage,    Attn: Bankruptcy Dept,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518196240       Pressler, Felt & Warshaw, L.L.P.,    7 Entin Road,    Parsippany, NJ 07054-5020
518196241      +Rubin & Rothman LLC,    1787 Veterans Hwy, Ste 32,    PO Box 9003,    Islandia, NY 11749-9003
518196242      +S.J. Health Syst Emergency Physicians PA,    501 Front Street,    Elmer, NJ 08318-2101
518196243       Selip & Stylianou, LLP,    Re: G1712159,    PO Box 914,    Paramus, NJ 07653-0914
518196244      +Selip & Stylianou, LLP,    Re: G1712159,    10 Forest Ave.,    Paramus, NJ 07652-5238
518196245      +South Jersey Radiology Associates,    1307 White Horse Road,    Suite A-102,
                 Voorhees, NJ 08043-2100
518196246      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QJDMARCHAND.COM Sep 26 2019 03:48:00     Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 26 2019 00:31:39     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 26 2019 00:31:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518196227       EDI: BANKAMER.COM Sep 26 2019 03:48:00     Bank of America,    Attn: Bankruptcy Department,
                 PO Box 982238,    El Paso, TX 79998-2238
518196229      +EDI: CAPITALONE.COM Sep 26 2019 03:48:00     Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
518196228      +EDI: CAPITALONE.COM Sep 26 2019 03:48:00     Capital One,    Attn: Bankruptcy Dept,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
518196230      +EDI: CAPITALONE.COM Sep 26 2019 03:48:00     Capital One National Assoc,
                 Attn: Bankruptcy Department,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
518196231      +EDI: CHASE.COM Sep 26 2019 03:48:00     Chase Card Services,    Attn: Bankruptcy Dept,
                 PO Box 15298,    Wilmington, DE 19850-5298
518196232      +EDI: CONVERGENT.COM Sep 26 2019 03:43:00     Convergent Outsourcing, Inc.,
                 Attn: Bankruptcy Dept,    PO Box 9004,    Renton, WA 98057-9004
518196233      +EDI: ESSL.COM Sep 26 2019 03:48:00     DISH Network LLC,    Attn Bankruptcy Department,
                 9601 S Meridian Blvd.,    Englewood, CO 80112-5905
518196236      +EDI: RESURGENT.COM Sep 26 2019 03:48:00     LVNV Funding/Resurgent Capital,
                 Attn: Bankruptcy Dept,    PO Box 10497,    Greenville, SC 29603-0497
518196237      +E-mail/PDF: bankruptcy@ncfsi.com Sep 26 2019 00:34:38     New Century Financial Services, Inc.,
                 Eric Sombers, President,    110 South Jefferson Road,    Whippany, NJ 07981-1038
518198099      +EDI: RMSC.COM Sep 26 2019 03:48:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518196247      +EDI: RMSC.COM Sep 26 2019 03:48:00     Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL 32896-5060
518196248      +EDI: RMSC.COM Sep 26 2019 03:48:00     Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL 32896-5060
518196249      +EDI: VERIZONCOMB.COM Sep 26 2019 03:43:00     Verizon Wireless,
                 Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Drive, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 16
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 25, 2019
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 4
```